**700**

In the Matter of NASSAU PRESS, IN-CORPORATED, Bankrupt.

**LONG ISLAND NATIONAL BANK,**
Petitioner-Appellant,

**Sidney GREGORY, Trustee in Bankruptcy**
of Nassau Press, Incorporated,
Respondent-Appellee.

No. 21, Docket 30431.

United States Court of Appeals
Second Circuit.

Argued Sept. 27, 1966.

Decided Oct. 13, 1966.

Bernard Jeffrey, Freeport, N. Y. (Mullooly, Mullen & Jeffrey, Freeport, N. Y.), for appellant.

John G. Crowe (Ridgway, Ridgway & Slote, New York City), for appellee.

Before MOORE, FRIENDLY and KAUFMAN, Circuit Judges.

PER CURIAM.

Affirmed on the opinion of Judge Mishler, 259 F.Supp. 666, E.D.N.Y.1966.